PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Somers  **Docket Number:** 05-00340-001
 **PACTS Number:** 37985

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 12/18/07

**Original Offense:** BANK ROBBERY

**Original Sentence:** 77 months imprisonment; 3 years supervised release. Special conditions: drug/alcohol treatment and testing; mental health treatment; DNA collection.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 09/08/10

**Assistant U.S. Attorney:** Julia Epstein, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Wanda Akin, Esq., One Gateway Center, Suite 2600, Newark, New Jersey 07102 (973) 623-6834

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
|  | The offender has left his residence at Eva's Village Men's Shelter, located at 389 Main Street, Paterson, New Jersey and has not contacted the probation office; thereby absconding supervision. A representative from Eva's Village notified the probation office that the offender left on October 10, 2010. |
| 2 | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |

PROB 12C - Page 2
Robert Somers

The offender has used illegal substances. Specifically, on September 10, 2010, the offender tested positive for cocaine and admitted to drinking vodka to excess. On October 4, 2010, the offender tested positive and admitted to the use of cocaine and heroin.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 10/23/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/26/10
_____
Date