## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Criminal No. 05-340 (KSH) |
| | : | |
| ROBERT SOMERS | : | **ORDER** |

The Court having presided over the defendant's guilty plea to Count 2 of the Petition for Violation of Supervised Release charging him with violating the terms of supervised release by his excessive use of alcohol and use of illegal narcotics; and good cause appearing,

It is on this 6th day of December, 2010, hereby ORDERED that:

1.   Defendant is adjudged guilty of violating the terms of his supervised release;

2.   Sentencing and determination as to whether supervised release will be revoked are adjourned to March 7, 2011, at 10:00 a.m., at which time the Court shall hear from counsel, defendant, and United States Probation;

3.   Pending said hearing date, the defendant shall remain in the custody of the United States Marshals Service, which shall release him for evaluation and treatment to a suitable inpatient drug treatment facility to be selected and approved by United States Probation;

4.   United States Probation shall make immediate arrangements for the first available bed for the defendant at such inpatient drug treatment facility;

5.   Defendant shall participate in inpatient drug treatment and comply with the terms of the program as a condition of supervised release.  All terms of supervised release that are consistent with the terms of this Order shall remain in effect.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge