UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Katharine S. Hayden
    :
   v.   :  Criminal No. 05-340 (KSH)
    :
ROBERT SOMERS  :  **ORDER**

The Court having presided over the defendant's guilty plea to Count 2 of the Petition for Violation of Supervised Release charging him with violating the terms of supervised release, and good cause appearing, it is hereby ORDERED that:

1. The previous term of supervised release is revoked;

2. Defendant is hereby sentenced as follows: defendant is sentenced to a term of imprisonment of four (4) months, such imprisonment having already been served by the defendant, and a term of supervised release of thirty-two (32) months;

3. All previous terms of supervised release imposed on defendant shall remain in effect; and

4. Count 1 of the Petition for Violation of Supervised Release is dismissed.

```
                                    _____
                                    HON. KATHARINE S. HAYDEN
                                    United States District Judge
```

Dated: July 15, 2011