**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Criminal No. 05-340 (KSH) |
| | : | |
| ROBERT SOMERS | : | **ORDER** |

The Court having presided over a status conference in this matter on May 31, 2012 to consider the appointment of counsel for defendant Robert Somers and the modification of the Order Setting Conditions of Release previously entered in the above-captioned case; and for good cause shown;

IT IS on this 4th day of June, 2012,

ORDERED that Carol Gillen, Assistant Federal Public Defender, is hereby appointed to represent defendant Somers; and it is further

ORDERED that the Order Setting Conditions of Release previously entered by U.S. Magistrate Judge Cathy Waldor on May 10, 2012 is hereby MODIFIED as follows: defendant Somers' conditions of release will TERMINATE at the expiration of the defendant's inpatient treatment at Integrity House on or about June 11, 2012; and it is further

ORDERED that following the termination of defendant Somers' release conditions, pursuant to Title 18, United States Code, Section 3142, defendant Somers will be committed to the custody of the Attorney General or his authorized representative pending resolution in this matter; and it is further

ORDERED that at the conclusion of the defendant's inpatient treatment on or about June 11, 2012, the United States Marshals Service

is directed to take custody of the defendant; and it is further

ORDERED that all previous terms of supervised release imposed on defendant shall remain in effect.

/s/ Katharine S. Hayden  
KATHARINE S. HAYDEN  
United States District Judge