**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Katharine S. Hayden |
| | : | |
| v. | : | Criminal No. 05-340 (KSH) |
| | : | |
| ROBERT SOMERS | : | **ORDER** |

      The Court having presided over the defendant's guilty plea to Count 4 of the Petition for Violation of Supervised Release charging him with violating the terms of supervised release, and good cause appearing, it is hereby ORDERED that:

      1.   The previous term of supervised release is revoked;

      2.   Defendant is hereby sentenced to a term of imprisonment of twelve (12) months with no supervised release to follow;

      3.   All previous terms of supervised release imposed on defendant shall remain in effect; and

      4.   Counts 1, 2, and 3 of the Petition for Violation of Supervised Release are dismissed.

                                            /s/ Katharine S. Hayden
                                            KATHARINE S. HAYDEN
                                            United States District Judge

Dated: July 12, 2012